UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOAN SMITH,

        Plaintiff,

-vs-                                            Case No. 5:11-cv-48-Oc-10KRS

ALLIANCE ONE RECEIVABLES
MANAGEMENT, INC.,

        Defendant.
_____

## **O R D E R**

This case is before the Court for consideration of the Plaintiffs' Notice of Voluntary Dismissal With Prejudice (Doc. 4). The Defendant has not filed an answer, motion for summary judgment, or otherwise appeared in this case. Pursuant to the Notice, and in accordance with Fed. R. Civ. P. 41(a)(1), the Clerk is directed to enter judgment dismissing this case with prejudice, each Party to bear its own fees and costs. The Clerk is further directed to terminate all pending motions and to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 13th day of June, 2011.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
                  Maurya A. McSheehy